MAGDELENA SCHEURLE ET AL., DEFENDANTS IN ERROR, v. FRANCIS C. HUSBANDS, PLAINTIFF IN ERROR.

Submitted December 11, 1900—Decided March 4, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Harrison H. Voorhees.*

For the defendants in error, *Howard Carrow.*

PER CURIAM.

The judgment in this case rendered in the Supreme Court is affirmed in this court, upon the grounds stated in the opinion of Chief Justice Depue in that court. *Ante p.* 40.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, COLLINS, FORT, GARRETSON, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.   12.

*For reversal*—None.